John S. Jones v. George J. Gould and Others.— Motion denied, with ten dollars costs.

Louis M. Starr and Others, as Executors, v. Harriet E. Selleck and Others.— Motion granted; questions to be certified on settlement of order. Order to be settled on notice.

---

## First Department, November, 1911.

In the Matter of the Objections Filed by George A. Schaefer, Respondent, to the Certificate of Nomination of Franklin Brooks, Appellant, for Member of Assembly, etc.

Appeal from an order sustaining objections to a certificate of nomination.

Per Curiam: We think that the requirement of the statute* that the oaths of the officers of the convention be filed is directory; but the proof of the taking of the statutory oaths presented at the Special Term was not sufficient. The order should, therefore, be affirmed. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ.   Order affirmed.

---

In the Matter of the Objections of Hugh J. Cummuskey, Respondent, to the Independent Certificate of Nomination of Valentine A. Schutz, Appellant.

Appeal from an order sustaining objections to a certificate of nomination, etc.

Per Curiam: An examination of the certificate of nomination satisfies us that there are not 500 genuine names attached to the certificate, and for that reason the order appealed from is affirmed. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ.   Order affirmed.

---

In the Matter of Hyman Pouker, Respondent, v. Harry J. Devoe, Appellant.

*Election Law — nomination of alderman.*

Appeal from an order sustaining objections to a certificate of nomination as candidate for alderman, thirty-second district.

Per Curiam: It appears that Percy L. Davis was duly designated as the person to call the thirty-second district aldermanic convention to order; that he was present at the convention and, when the convention was called to order, stood upon the platform and either called it to order himself or the convention was called to order by one Bloom, standing alongside of him, at his suggestion and with his consent; that subsequently a majority of the delegates elected to this convention acted and unanimously nominated Harry J. Devoe as the candidate of the Inde-

---

* See Election Law (Consol. Laws, chap. 17; Laws of 1909, chap. 22), § 67.— [Rep.